**DISMISS and Opinion Filed May 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00114-CV**

**WALGREENS CO., DR. ANN FAN, AND D. PHARM, Appellants**
**V.**
**ANNA MARIE HERNANDEZ, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03727-2020**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Myers

Before the Court is appellants' motion to dismiss this interlocutory appeal

because the parties have resolved their issues rendering the appeal moot. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


210114f.p05

/Lana Myers//
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WALGREENS CO., DR. ANN FAN, AND D. PHARM, Appellants

No. 05-21-00114-CV      V.

ANNA MARIE HERNANDEZ, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-03727-2020.
Opinion delivered by Justice Myers. Justices Partida-Kipness and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ANNA MARIE HERNANDEZ recover her costs of this appeal from appellants WALGREENS CO., DR. ANN FAN, AND D. PHARM.

Judgment entered this 21st day of May, 2021.

–2–